# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | 4:17-MJ-00584-BJ |
| | § | |
| LINDSEY CARLSON | § | |

## MOTION TO WITHDRAW

On August 23, 2017, undersigned counsel was appointed by this Court to represent Ms. Lindsey Carlson. On August 28, 2017, this Court conducted a probable cause and detention hearing with regards to Ms. Carlson. During cross-examination of one of the case agents, it was revealed that one of the potential witnesses against Ms. Carlson will be Aaron McMahan. Undersigned counsel represented Mr. McMahan during his criminal prosecution in Case No. 4:14-CR-106-A, and currently represents him in his pending appeal in Case No. 16-10255.

For these reasons, undersigned counsel has a conflict of interest and moves to withdraw from his representation of Ms. Carlson.

                                             Respectfully submitted,

                                             /s/ Dimitri Dube
                                             Dimitri Dube
                                             State Bar No. 24068944
                                             Dimitri Dube PC
                                             325 N. St. Paul, Suite 2750
                                             Dallas, TX 75201
                                             972.975.2010 fax
                                             dimitridubepc@gmail.com
                                             Dimitri Dube

                                             ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel was has conferred with Shawn Smith. He is unopposed to the relief sought in this motion.

_____/s/ Dimitri Dube_____

Dimitri Dube

## CERTIFICATE OF SERVICE

This is to certify that undersigned counsel served a copy of this motion via ECF to Assistant United States Attorney, Mr. Shawn Smith.

_____/s/ Dimitri Dube_____

Dimitri Dube

2