ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:17-CR-163-O

LINDSEY PAIGE CARLSON (01)
a/k/a "Lindsey Fogle"

FACTUAL RESUME

INDICTMENT:    Count One:  Conspiracy to Possess with Intent to Distribute a
               Controlled Substance (methamphetamine) (in violation of
               21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:  $5,000,000 fine - not less than 5 years imprisonment and not more than 40
          years imprisonment, or both such fine and imprisonment, plus a term of
          supervised release of not less than 4 years.

MAXIMUM PENALTY:
       $5,000,000 fine and not less than five (5) years nor more than forty (40)
       years imprisonment, plus a term of supervised release of not less than 4
       years.  If the defendant violates any condition of supervised release, the
       Court may revoke such term of supervised release and require the defendant
       to serve an additional period of confinement.  Further the Court must
       impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One of the Indictment are as follows:

First:      That two or more persons, directly or indirectly, reached an agreement to
            distribute or possess with intent to distribute a controlled substance, as
            charged in the indictment;

Second:     That the defendant knew of the unlawful purpose of the agreement;

Third:      That the defendant joined in the agreement willfully, that is, with the intent
            to further its unlawful purpose; and

**Factual Resume - Page 1**

Fourth:     That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

In 2014 and 2015, Lindsey Paige Carlson received multi-ounce quantities of methamphetamine from ~~Allen David Rogers~~, ~~Candace Whitten~~, and ~~Mathew Rutledge~~, often on consignment. In turn, Lindsey Paige Carlson distributed methamphetamine to various customers in the Fort Worth, Texas area, returning to ~~Allen David Rogers~~, ~~Candace Whitten~~, and ~~Mathew Rutledge~~ for additional methamphetamine. In this manner, Lindsey Paige Carlson, ~~Allen David Rogers~~, ~~Candace Whitten~~, and ~~Mathew Rutledge~~ conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 13 day of September , 2017.


_____
LINDSEY PAIGE CARLSON
Defendant


_____
RANDY BOWERS
Counsel for Defendant

Factual Resume - Page 2